IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:09-CR-84-D
No. 4:11-CV-66-D

| | |
|---|---|
| TONY WARD, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

On August 31, 2011, petitioner filed a motion to supplement his § 2255 motion and extend the deadline to respond to the government's motion to dismiss [D.E. 45]. The court has considered the motion and finds good cause. The petitioner's deadline to supplement his § 2255 motion and file a response to the government's motion is hereby extended to December 9, 2011.

SO ORDERED. This 8 day of November 2011.

JAMES C. DEVER III
Chief United States District Judge